## BRAY v. REDMAN.

A justice of the peace may refuse to send up the transcript of a cause tried before him, until his fees are paid by appellant; but, if he sends it up without receiving his fees, the fact that they are not paid is no ground for dismissing the appeal.

APPEAL from the County Court of Santa Clara County.

The Court below dismissed the appeal of the defendant from the judgment of a justice of the peace, on the ground that the fees of the justice had not been paid; and refused to allow the appellant in that Court to pay the fees, such as the Court might direct, to save dismissal of the appeal. Defendant appealed from the order of dismissal.

*Wm. T. Wallace* for Appellant.

*L. Archer* for Respondent.

The opinion of the Court was delivered by Mr. Justice TERRY. Mr. Chief Justice MURRAY concurred.

A justice of the peace may refuse to send up the transcript of a cause tried by him, unless all his legal fees be first paid by the appellant. (McDermott v. Douglass, 5 Cal.) But if he choose to waive his right, and file the papers, the fact that his fees have not been paid is no ground for dismissing the appeal.

Judgment reversed.